## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MARCOS DELMONTE, on behalf of himself and all other persons similarly situated, known and unknown, | ) ) ) | Case No. 21-cv-06815 |
| | ) | |
| Plaintiff, | ) | Judge Manish S. Shah |
| | ) | |
| v. | ) | |
| | ) | |
| BLUE LINE SECURITY SOLUTIONS, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF A CLASS AND COLLECTIVE ACTION SETTLEMENT

Named Plaintiff and Class Representative Marcos Delmonte, on behalf of himself and the Settlement Class, respectfully requests that this Court grant his Unopposed Motion for Final Approval of a Class and Collective Action Settlement Agreement. In support of this Motion, the Class Representative submits a Memorandum of Law in Support of his Motion for Final Approval of a Class and Collective Action Settlement, and he previously submitted a Petition for an Award of Attorneys' Fees and Litigation Expenses (ECF No. 41). The Class Representative requests that the Court enter the proposed Final Approval Order, attached as Exhibit 1 to the Memorandum of Law.

1

Date:  February 16, 2023          Respectfully submitted,

/s/Douglas M. Werman
*One of the Attorneys for Plaintiff*

Douglas M. Werman – dwerman@flsalaw.com
Maureen A. Salas – msalas@flsalaw.com
**Werman Salas P.C.**
77 W. Washington St., Ste 1402
Chicago, IL 60602
Telephone: (312) 419-1008