**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Marcos Delmonte

                                    Plaintiff,

v.                                                          Case No.: 1:21–cv–06815
                                                            Honorable Manish S. Shah

Blue Line Security Solutions LLC

                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, February 23, 2023:


        MINUTE entry before the Honorable Manish S. Shah: Final approval hearing held.
For the reasons stated on the record, Plaintiff's petition for an award of attorneys' fees and
litigation expenses [41] and Plaintiff's unopposed motion for final approval of class and
collective action settlement [43] are granted. Enter final approval order. Civil case closed.
Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.